IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| RIVETT GROUP, LLC, et al., ) | |
| ) | Case No. 4:08CV00029 |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHELDA, INC., et al., ) | |
| ) | By: Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |
| ) | |

Before me is the Motion for Summary Judgment of Defendants Chelda, Inc. ("Chelda") and Ham's Restaurants, Inc. ("Ham's") [38]. This matter is now ripe for decision. For the reasons stated in the accompanying Memorandum Opinion, the Motion for Summary Judgment is **GRANTED** with respect to Chelda but **DENIED** with respect to Ham's.

The Clerk of the Court hereby is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this 28th day of September, 2009.

                                                                                                              s/Jackson L. Kiser
                                                                                                              Senior United States District Judge